IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00220-MOC-WCM

| | |
|---|---|
| BRANDON GILL, *individually and for others similarly situated* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )      ORDER |
| | ) |
| KIRKHAM SOLUTIONS STAFFING, INC. and MICHAEL KIRKHAM | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Brian Leighton Kinsley. The Motion indicates that Mr. Kinsley, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Philip Bohrer, who the Motion represents as being a member in good standing of the Bar of the State of Louisiana. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Philip Bohrer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 13, 2021

W. Carleton Metcalf
United States Magistrate Judge