IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00220-MOC-WCM

| | |
|---|---|
| BRANDON GILL, *individually and for others similarly situated* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>KIRKHAM SOLUTIONS STAFFING, INC. and MICHAEL KIRKHAM )<br>)<br>Defendants. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Brian Leighton Kinsley. The Motion indicates that Mr. Kinsley, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Scott E. Brady, who the Motion represents as being a member in good standing of the Bar of the State of Louisiana. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Scott E. Brady to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 13, 2021

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge