UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00220-MOC-WCM

| | | |
|---|---|---|
| **BRANDON GILL**, Individually and on behalf of other similarly situated individuals | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| **KIRKHAM SOLUTIONS STAFFING, INC.**, and **MICHAEL KIRKHAM**, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 17). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 17), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Signed: January 25, 2022

Max O. Cogburn Jr.
United States District Judge