# United States District Court
# Western District of North Carolina
# Asheville Division

|  |  | JUDGMENT IN CASE |
|---|---|---|
| BRANDON GILL, Individually and on behalf of other similarly situated individuals | ) ) ) ) | |
| Plaintiff, | ) ) | 1:21-cv-00220-MOC-WCM |
| vs. | ) ) | |
| KIRKHAM SOLUTIONS STAFFING, INC., and MICHAEL KIRKHAM, | ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2022 Order.

January 26, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court